**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-02672-MSK-NRN

GDHI MARKETING, LLC D/B/A GODABO HOME AND LIFE,

    Plaintiff,

v.

ANTSEL MARKETING, LLC D/B/A THEHOMEMAG FRONT RANGE,
THM MANAGEMENT, LLC D/B/A THEHOMEMAG,
THE HOME MAG HOLDING COMPANY, LLC,
CAMPBELL WIENER, INC. D/B/A THM OF VENTURA,
THE HOME IMPROVER, LLC,
CLAIRE LINDSAY,
ANNIE MULLEN,
BARBARA ROBLES,
ELLEN SMITH,

    Defendants.

---

## PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS

---

COMES NOW the Plaintiff, GDHI Marketing, LLC d/b/a GoDabo Home & Life, by and through counsel and moves the Court for an Order granting a brief extension in which to file responses to Defendants' motions to dismiss (ECF nos. 38, 39, 40, 41 and 42).

***Certificate of Compliance with D.C.Colo.LCivR Rule 7.1(A)***: The undersigned has conferred with counsel for all Defendants. Defendants do not oppose this motion.

1. On January 24, 2019, Defendants THM Management, LLC d/b/a TheHomeMag, The Home Mag Holding Company, LLC, Campbell Wiener, Inc. d/b/a THM of Ventura, and The Home Improver, LLC each filed separate motions to dismiss (ECF nos. 38, 39, 40, and 41).

2. On January 25, 2019, Defendants Antsel Marketing, LLC, Claire Lindsay, Annie Mullen, Barbara Robles, and Ellen Smith filed a combined motion to dismiss (ECF no. 42).

3. Plaintiff's responses are currently due February 14 and February 15, 2019.

4. These motions implicate a number of complex issues of law and, in some way, touch on all claims in the Amended Complaint (ECF no. 21).

5. Given the scope and volume of those motions, the parties stipulated to a brief extension, up to and including March 1, 2019, in which Plaintiff may file its responses.

6. Subject to Fed. R. Civ. P. 6, a Court may extend the time for an act to be done for good cause if the motion is made before the original time expires, as this motion is.

7. This Court has not previously extended any deadlines for Plaintiff, including time to respond to the motions to dismiss. The Court has previously granted a joint motion for extension of time to file responsive pleadings (ECF nos. 23, 25) and certain parties previously stipulated to one previous extension of time to file responsive pleadings (ECF no. 16).

WHEREFORE, Plaintiff requests a brief extension to and including March 1, 2019 in which to file its responses to all Defendants' motions to dismiss.

Respectfully submitted this 29th day of January 2019.

GODFREY | JOHNSON, P.C.

*/s/ Lily Nierenberg*
Brett Godfrey
Jeffrey S. Vail
Lily Nierenberg
9557 South Kingston Court
Englewood, Colorado 80112
Phone: (303) 228-0700
Fax:    (303) 228-0701
Email:  godfrey@gojolaw.com
Email:  vail@gojolaw.com
Email:  nierenberg@gojolaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify I have served the foregoing upon the parties hereto via CM/ECF – U.S. District Court filing, this 29th day of January 2019.

| | |
|---|---|
| James D. Kilroy, Esq. | Thomas B. Quinn, Esq. |
| Ellie Lockwood, Esq. | Jacqueline R. Guesno, Esq. |
| Snell & Wilmer, LLP-Denver | Gordon Rees Scully Mansukhani, LLP |
| 1200 17th Street, One Tabor Center | 555 Seventeenth Street, Suite 3400 |
| Suite 1900 | Denver, CO  80202 |
| Denver, CO  80202 | (303) 534-5154 |
| Phone:  (303) 634-2000 | Email:  tquinn@grsm.com |
| Fax:     (303) 634-2020 | Email:  jguesno@grsm.com |
| Email:  jkilroy@swlaw.com | Attorneys for THM Management, LLC d/b/a TheHomeMag, The Home Mag Holding Company, LLC, Campbell Wiener, Inc. d/b/a THM of Ventura, and The Home Improver, LLC |
| Email:  elockwood@swlaw.com | |
| Attorneys for Defendants Antsel Marketing, LLC, Claire Lindsay, Annie Mullen, Barbara Robles, and Ellen Smith | |

  I also certify that service of this Motion was made on Plaintiff, GDHI Marketing, LLC d/b/a GoDabo Home & Life, in accordance with D.C.COLO.LCivR 6.1.

                  GODFREY | JOHNSON, P.C.

                  */s/ Lily Nierenberg*
                  Brett Godfrey
                  Jeffrey S. Vail
                  Lily Nierenberg
                  9557 South Kingston Court
                  Englewood, Colorado 80112
                  Phone: (303) 228-0700
                  Fax: (303) 228-0701
                  Email:  godfrey@gojolaw.com
                  Email:  vail@gojolaw.com
                  Email:  nierenberg@gojolaw.com